**STATE v. MILLER**

[368 N.C. 909 (2016)]

| | | |
|---|---|---|
| STATE OF NORTH CAROLINA | ) | |
| | ) | |
| v. | ) | From Mecklenburg County |
| | ) | |
| BRENT TYLER MILLER | ) | |

No. 199PA15

## ORDER

The following order has been entered on the motion filed on the 19th of April 2016 by defendant and designated Defendant-Appellee's Motion to Vacate Bill of Costs: The motion is allowed. Not having been found guilty in the above-captioned matter, defendant is not obligated to pay court costs.

By order of the Court in Conference, this 9th day of June, 2016.

s/Ervin, J.
For the Court

WITNESS my hand and the seal of the Supreme Court of North Carolina, this the 10th day of June, 2016.

J. BRYAN BOYD
Clerk, Supreme Court
of North Carolina

s/M.C. Hackney
Assistant Clerk, Supreme Court
of North Carolina